UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23278-MGC

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

REAL PROPERTY LOCATED AT 7505 AND 7171
FOREST LANE, DALLAS, TEXAS 75230, WITH
ALL APPURTENANCES, IMPROVEMENTS, AND
ATTACHMENTS THEREON, AND ANY RIGHT TO
COLLECT AND RECEIVE ANY PROFIT, RENT,
INCOME, AND PROCEEDS THEREFROM,

        Defendant.
_____/

### *EX PARTE* RESTRAINING ORDER and ORDER DIRECTING CLERK TO UNSEAL

THIS MATTER is before the Court on the Application of the United States for a restraining order to preserve the availability of all right to and interest in the real property located at 7505 and 7171 Forest Lane, Dallas, Texas 75230, with all appurtenances, improvements, and attachments thereon (the "CompuCom Campus"), and any right to collect and receive any profit, rent, income, and proceeds therefrom (together, the "Defendant Asset"), until further order of the Court. The Court has considered the application and the allegations of the Complaint, is otherwise advised of the premises, and finds as follows:

1. The Court has authority under 18 U.S.C. § 983(j)(1)(A), upon application of the United States, to "enter a restraining order" in order to "maintain [and] preserve the availability of property subject to civil forfeiture upon the filing of a civil forfeiture complaint alleging that the property with respect to which the order is sought is subject to civil forfeiture."

2. The Court further has the authority, under Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G"), to enter "any

order necessary to preserve [ ] property, to prevent its removal or encumbrance, or to prevent its use in a criminal offense." Rule G(7)(a).

3. The facts alleged in the Complaint, and summarized in the Government's Application, establish probable cause that the Defendant Asset is subject to forfeiture to the United States.

4. The Order sought by the United States is necessary to maintain and preserve the Defendant Asset.

5. The Application is properly granted *ex parte*.

Accordingly, based on the foregoing, and for good cause shown, the Application is **GRANTED**, and it is hereby **ORDERED** that:

a. Optima 7171 LLC, Mordechai Korf, Uriel Laber, Ihor Kolomoisky, and Gennaidy Boholiubov, and their attorneys, agents, and anyone acting on their behalf, and all persons or entities acting in concert or participation with any of the above, and any and all persons and entities having actual knowledge of the order shall not directly or indirectly, transfer, sell, assign, pledge, distribute, encumber, attach or dispose of in any manner, cause to be transferred, sold, assigned, pledged, distributed, encumbered, attached or disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the Defendant Asset, including any action that would increase costs or reduce revenues unless approved in writing by the Government.

b. Optima 7171 LLC, Mordechai Korf, Uriel Laber, Ihor Kolomoisky, and Gennaidy Boholiubov are required to maintain the present contracts and agreements related to the Defendant Asset, and adhere to all provisions of any applicable contract or agreement, and to maintain the present condition of the Defendant Asset, including timely payment of the mortgage, insurance, utilities, taxes, and assessments, as well as ensuring that the CompuCom Campus is in compliance with all laws and regulations, until further order of this Court.

c. Optima 7171 LLC, Mordechai Korf, Uriel Laber, Ihor Kolomoisky, and Gennaidy Boholiubov shall not make any effort to interfere with the operation or preservation of the Defendant Asset, and shall maintain the current levels of rent, income, and any other proceeds it receives in the course of such operation.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to **UNSEAL** the Government's Application for Post Complaint Restraining Order (ECF No. 5).

**DONE AND ORDERED** in Miami, Florida, this 3rd day of September 2020.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of Record*