```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION
                       CASE NO. 20-CV-23278-DPG
 3

 4   UNITED STATES OF AMERICA,          Miami, Florida

 5        Plaintiff,                    February 21, 2024

 6           vs.                        10:11 a.m. to 10:14 a.m.

 7   REAL PROPERTY LOCATED AT 7505
     and 7171, Forest Lane Dallas,
 8   Texas.                             Pages 1 to 6

 9        Defendant.
     _____
10

11                  TELEPHONIC STATUS CONFERENCE
               BEFORE THE HONORABLE DARRIN P. GAYLES
12                  UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   FOR THE PLAINTIFF:      SHAI BRONSHTEIN, ESQ.
                             U.S. DEPARTMENT OF JUSTICE
15                           INTERNATIONAL UNIT, MONEY LAUNDERING
                             AND ASSET RECOVERY
16                           Washington, DC

17   FOR THE DEFENDANT:      HOWARD SREBNICK, ESQ.
                             ZAHARAH MARKOE, ESQ.
18                           ROBERT DUNLAP, ESQ.
                             BLACK SREBNICK
19                           201 S. Biscayne Boulevard
                             Suite 1300
20                           Miami, Florida

21
     STENOGRAPHICALLY REPORTED BY:
22
                             PATRICIA DIAZ, FCRR, RPR, FPR
23                           Official Court Reporter
                             United States District Court
24                           400 North Miami Avenue
                             11th Floor
25                           Miami, Florida 33128
                             (305) 523-5178
```

1          (Call to the Order of the Court.)
2          COURTROOM DEPUTY:  Calling case 20-CV-23278, United
3   States of America versus Real Property Located at 7505 and 7171
4   Forest Lane, Dallas, Texas.
5          Counsel, please state your name, starting with the
6   plaintiff.
7          MR. BRONSHTEIN:  Good morning, Your Honor, this is Shai
8   Bronshtein on behalf of the United States.
9          MR. SREBNICK:  Good morning, Judge, this is attorney
10  Howard Srebnick, together with Rob Dunlap and Zaharah Markoe.
11  We represent the plaintiffs.
12         THE COURT:  All right.  Good morning.  We set this down
13  for status conference to see where we are.
14         Why don't we hear first from the government and then
15  I'll hear from Mr. Srebnick.
16         MR. BRONSHTEIN:  Thank you, Your Honor.
17         This is Shai Bronshtein again.
18         The Court stayed this case back in August and had set
19  this status conference then.  Since then, Magistrate Judge
20  Goodman had, in December, lifted the stay to allow briefing on
21  the motion to dismiss.
22         At this point, the briefing has been completed, and we
23  anticipate that Judge Goodman will either decide the motion or
24  have argument at some point, and that briefing was completed in
25  January.

1          So, at this point we, you know, would view that
2   the stay should --
3          THE COURT STENOGRAPHER:  I'm sorry, with the dog
4   barking I couldn't hear the end of that statement.
5          MR. BRONSHTEIN:  So we would ask just that the stay
6   remain in place other than the limited purpose of the motion to
7   dismiss as decided by Judge Goodman, and it will make sense to
8   reconvene at some point after that motion is decided.
9          THE COURT:  All right.  Mr. Srebnick.
10         MR. SREBNICK:  That makes sense to us, Judge, to await
11  Magistrate Judge Goodman's decision.
12         THE COURT:  All right.  We will keep the stay in place,
13  except for, of course, the resolution of the motions and then
14  the parties will -- well, depending on how that comes out, the
15  parties will let me know whether or not we need to re-open the
16  case and how best to proceed.
17         All right.  Anything else today on behalf of the
18  Government?
19         MR. BRONSHTEIN:  Nothing from us, Your Honor.
20         Thank you.
21         THE COURT:  Anything else on behalf of the plaintiffs?
22         MR. SREBNICK:  No, Your Honor.
23         THE COURT:  All right.  Then we will be in recess.
24         Thank you.
25         MR. SREBNICK:  Thank you, Your Honor.  Have a good day.

4

1     MR. BRONSHTEIN:  Thank you.

2     THE COURT:  I believe that concludes the status

3  conference calendar.

4     (Proceedings were concluded at 10:14 a.m.)

5

6

7
                    C E R T I F I C A T E
8

9
        I hereby certify that the foregoing is an
10
   accurate transcription of the proceedings in the
11
   above-entitled matter.
12

13

14

15
   February 27, 2024        /s/Patricia Diaz
16  DATE                     PATRICIA DIAZ, FCRR, RPR, FPR
                             Official Court Reporter
17                           United States District Court
                             400 North Miami Avenue, 11th Floor
18                           Miami, Florida 33128
                             (305) 523-5178
19

20

21

22

23

24

25

## /

**/s/Patricia** [1] - 4:15

## 1

**1** [1] - 1:8
**10:11** [1] - 1:6
**10:14** [2] - 1:6, 4:4
**11th** [2] - 1:24, 4:17
**1300** [1] - 1:19

## 2

**20-CV-23278** [1] - 2:2
**20-CV-23278-DPG** [1] - 1:2
**201** [1] - 1:18
**2024** [2] - 1:5, 4:15
**21** [1] - 1:5
**26** [1] - 4:15

## 3

**305** [2] - 1:25, 4:18
**33128** [2] - 1:24, 4:18

## 4

**400** [2] - 1:23, 4:17

## 5

**523-5178** [2] - 1:25, 4:18

## 7

**7171** [2] - 1:7, 2:3
**7505** [2] - 1:7, 2:3

## A

**a.m** [3] - 1:6, 4:4
**above-entitled** [1] - 4:11
**accurate** [1] - 4:10
**allow** [1] - 2:20
**America** [1] - 2:3
**AMERICA** [1] - 1:4
**AND** [1] - 1:16
**anticipate** [1] - 2:23
**APPEARANCES** [1] - 1:13
**argument** [1] - 2:24
**ASSET** [1] - 1:16
**AT** [1] - 1:7
**attorney** [1] - 2:9
**August** [1] - 2:18
**Avenue** [2] - 1:23, 4:17
**await** [1] - 3:10

## B

**barking** [1] - 3:4
**BEFORE** [1] - 1:11
**behalf** [3] - 2:8, 3:17, 3:21
**best** [1] - 3:16
**Biscayne** [1] - 1:18
**BLACK** [1] - 1:18
**Boulevard** [1] - 1:18
**briefing** [3] - 2:20, 2:22, 2:24
**BRONSHTEIN** [6] - 1:14, 2:7, 2:16, 3:5, 3:19, 4:1
**Bronshtein** [2] - 2:8, 2:17
**BY** [1] - 1:21

## C

**calendar** [1] - 4:3
**CASE** [1] - 1:2
**case** [3] - 2:2, 2:18, 3:16
**certify** [1] - 4:9
**completed** [2] - 2:22, 2:24
**concluded** [1] - 4:4
**concludes** [1] - 4:2
**CONFERENCE** [1] - 1:11
**conference** [3] - 2:13, 2:19, 4:3
**counsel** [1] - 2:5
**course** [1] - 3:13
**COURT** [8] - 1:1, 2:12, 3:3, 3:9, 3:12, 3:21, 3:23, 4:2
**Court** [6] - 1:22, 1:23, 2:1, 2:18, 4:16, 4:17
**COURTROOM** [1] - 2:2

## D

**Dallas** [2] - 1:7, 2:4
**DARRIN** [1] - 1:11
**DATE** [1] - 4:16
**DC** [1] - 1:16
**December** [1] - 2:20
**decide** [1] - 2:23
**decided** [2] - 3:7, 3:8
**decision** [1] - 3:11
**defendant** [1] - 1:9
**DEFENDANT** [1] - 1:17
**DEPARTMENT** [1] - 1:15
**DEPUTY** [1] - 2:2
**Diaz** [1] - 4:15
**DIAZ** [2] - 1:22, 4:16
**dismiss** [2] - 2:21, 3:7
**DISTRICT** [3] - 1:1, 1:1, 1:12
**District** [2] - 1:23, 4:17
**DIVISION** [1] - 1:2
**dog** [1] - 3:3
**down** [1] - 2:12
**Dunlap** [1] - 2:10

## E

**either** [1] - 2:23
**end** [1] - 3:4
**entitled** [1] - 4:11
**ESQ** [2] - 1:14, 1:17
**except** [1] - 3:13

## F

**FCRR** [2] - 1:22, 4:16
**February** [2] - 1:5, 4:15
**first** [1] - 2:14
**Floor** [2] - 1:24, 4:17
**FLORIDA** [1] - 1:1
**Florida** [4] - 1:4, 1:19, 1:24, 4:18
**FOR** [2] - 1:14, 1:17
**foregoing** [1] - 4:9
**Forest** [2] - 1:7, 2:4
**FPR** [2] - 1:22, 4:16

## G

**GAYLES** [1] - 1:11
**Goodman** [3] - 2:20, 2:23, 3:7
**Goodman's** [1] - 3:11
**government** [1] - 2:14
**Government** [1] - 3:18

## H

**hear** [3] - 2:14, 2:15, 3:4
**hereby** [1] - 4:9
**Honor** [5] - 2:7, 2:16, 3:19, 3:22, 3:25
**HONORABLE** [1] - 1:11
**Howard** [1] - 2:10
**HOWARD** [1] - 1:17

## I

**INTERNATIONAL** [1] - 1:15

## J

**January** [1] - 2:25
**JUDGE** [1] - 1:12
**Judge** [6] - 2:9, 2:19, 2:23, 3:7, 3:10, 3:11
**JUSTICE** [1] - 1:15

## K

**keep** [1] - 3:12

## L

**Lane** [2] - 1:7, 2:4
**LAUNDERING** [1] - 1:15
**lifted** [1] - 2:20
**limited** [1] - 3:6
**LOCATED** [1] - 1:7
**Located** [1] - 2:3

## M

**Magistrate** [2] - 2:19, 3:11
**Markoe** [1] - 2:10
**matter** [1] - 4:11
**MIAMI** [1] - 1:2
**Miami** [6] - 1:4, 1:19, 1:23, 1:24, 4:17, 4:18
**MONEY** [1] - 1:15
**morning** [3] - 2:7, 2:9, 2:12
**motion** [4] - 2:21, 2:23, 3:6, 3:8
**motions** [1] - 3:13
**MR** [9] - 2:7, 2:9, 2:16, 3:5, 3:10, 3:19, 3:22, 3:25, 4:1

## N

**name** [1] - 2:5
**need** [1] - 3:15
**NO** [1] - 1:2
**North** [2] - 1:23, 4:17
**nothing** [1] - 3:19

## O

**OF** [3] - 1:1, 1:4, 1:15
**official** [1] - 1:22
**Official** [1] - 4:16
**open** [1] - 3:15
**Order** [1] - 2:1

## P

**Pages** [1] - 1:8
**parties** [2] - 3:14, 3:15
**PATRICIA** [2] - 1:22, 4:16
**place** [2] - 3:6, 3:12
**plaintiff** [1] - 2:6
**Plaintiff** [1] - 1:5
**PLAINTIFF** [1] - 1:14
**plaintiffs** [2] - 2:11, 3:21
**point** [4] - 2:22, 2:24, 3:1, 3:8
**proceed** [1] - 3:16
**proceedings** [1] - 4:10
**Proceedings** [1] - 4:4
**Property** [1] - 2:3
**PROPERTY** [1] - 1:7
**purpose** [1] - 3:6

## R

**re** [1] - 3:15
**re-open** [1] - 3:15
**REAL** [1] - 1:7
**Real** [1] - 2:3
**recess** [1] - 3:23
**reconvene** [1] - 3:8
**RECOVERY** [1] - 1:16
**remain** [1] - 3:6
**REPORTED** [1] - 1:21
**Reporter** [2] - 1:22, 4:16
**represent** [1] - 2:11
**resolution** [1] - 3:13
**Rob** [1] - 2:10
**RPR** [2] - 1:22, 4:16

## S

**see** [1] - 2:13
**sense** [2] - 3:7, 3:10
**set** [2] - 2:12, 2:18
**SHAI** [1] - 1:14
**Shai** [2] - 2:7, 2:17
**sorry** [1] - 3:3

**SOUTHERN** [1] - 1:1
**SREBNICK** [6] - 1:17, 1:18, 2:9, 3:10, 3:22, 3:25
**Srebnick** [3] - 2:10, 2:15, 3:9
**starting** [1] - 2:5
**state** [1] - 2:5
**statement** [1] - 3:4
**STATES** [3] - 1:1, 1:4, 1:12
**States** [4] - 1:23, 2:3, 2:8, 4:17
**status** [3] - 2:13, 2:19, 4:2
**STATUS** [1] - 1:11
**stay** [4] - 2:20, 3:2, 3:5, 3:12
**stayed** [1] - 2:18
**STENOGRAPHER** [1] - 3:3
**STENOGRAPHICALLY** [1] - 1:21
**Suite** [1] - 1:19

# T

**Texas** [2] - 1:8, 2:4
**THE** [10] - 1:11, 1:14, 1:17, 2:12, 3:3, 3:9, 3:12, 3:21, 3:23, 4:2
**today** [1] - 3:17
**together** [1] - 2:10
**transcription** [1] - 4:10

# U

**U.S** [1] - 1:15
**UNIT** [1] - 1:15
**united** [1] - 1:23
**UNITED** [3] - 1:1, 1:4, 1:12
**United** [3] - 2:2, 2:8, 4:17

# V

**versus** [1] - 2:3
**view** [1] - 3:1
**vs** [1] - 1:6

# W

**Washington** [1] - 1:16

# Z

**Zaharah** [1] - 2:10