UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 1:20-cv-23278-MGC

REAL PROPERTY LOCATED AT 7505 AND 7171 FOREST LANE, DALLAS, TEXAS 75230, WITH ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS THEREON, AND ANY RIGHT TO COLLECT AND RECEIVE ANY PROFIT, RENT, INCOME, AND PROCEEDS THEREFROM,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 1:20-cv-23279-MGC

ALL RIGHT TO AND INTEREST IN PNC CORPORATE PLAZA HOLDINGS LLC HELD, CONTROLLED, OR ACQUIRED, DIRECTLY OR INDIRECTLY, BY OPTIMA CBD INVESTMENTS LLC AND/OR CBD 500 LLC, INCLUDING ANY INTEREST HELD IN OR SECURED BY THE REAL PROPERTY AND APPURTENANCES LOCATED AT 500 WEST JEFFERSON STREET, LOUISVILLE, KY 40202; ANY RIGHT TO COLLECT AND RECEIVE ANY PROFIT, RENT, INCOME, AND PROCEEDS THEREFROM; AND ANY INTEREST DERIVED FROM THE PROCEEDS INVESTED IN PNC CORPORATE PLAZA HOLDINGS LLC BY OPTIMA CBD INVESTMENTS LLC AND/OR CBD 500 LLC,

    Defendant.
_____/

**JOINT NOTICE REGARDING CONSOLIDATION**

Per the Court's orders of November 19, 2020, counsel for Plaintiff United States of America and Claimants Mordechai Korf, Uriel Laber, Optima CBD Investments LLC, CBD 500, LLC, Optima 7171 LLC, and Optima Ventures LLC have conferred regarding consolidation of the above-captioned matters. The Parties hereby notify the Court that they intend for the two matters to be considered separately, and request that they not be consolidated.

Respectfully submitted,

Dated: December 17, 2020

DEBORAH CONNOR, CHIEF
MONEY LAUNDERING & ASSET RECOVERY
    SECTION

By:  */s/ Shai D. Bronshtein*
Shai D. Bronshtein, Trial Attorney (ID No. A5502665)
Mary Butler, Chief, International Unit
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 616-5950
Shai.Bronshtein@usdoj.gov

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*/s/ Adrienne E. Rosen*
Adrienne E. Rosen
Assistant United States Attorney
Court ID No. A5502297
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9338
Adrienne.Rosen@usdoj.gov

*Counsel for Plaintiff, United States of America*

By:     */s/ Howard M. Srebnick*
Howard M. Srebnick
Florida Bar No. 919063
Robert T. Dunlap
Florida Bar No. 11950
HSrebnick@RoyBlack.com
RDunlap@RoyBlack.com

*Attorneys for Claimants Korf and the Corporate Entities*

Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
Marc E. Kasowitz
Mark P. Ressler
Ronald R. Rossi
Sarmad M. Khojasteh
Joshua Paul
*Pro Hac Vice Anticipated*
MKasowitz@kasowitz.com
MRessler@kasowitz.com
RRossi@kasowitz.com
SKhojasteh@kasowitz.com
JPaul@kasowitz.com

*Attorneys for Claimants Korf, Laber, and the Corporate Entities*

Scott A. Srebnick, P.A.
201 South Biscayne Boulevard
Suite 1210
Miami, FL 33131
Telephone: (305) 285-9019
Facsimile: (305) 377-9937
Scott@srebnicklaw.com

*Attorney for Claimant Laber*

3