UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

       Plaintiff,

    v.                                                   1:20-cv-23278-MGC

REAL PROPERTY LOCATED AT 7505 AND 7171
FOREST LANE, DALLAS, TEXAS 75230 et al.,

       Defendant.

_____/

UNITED STATES OF AMERICA,

       Plaintiff,

    v.                                                 1:20-cv-23279-MGC

ALL RIGHT TO AND INTEREST IN PNC CORPORATE
PLAZA HOLDINGS LLC HELD, CONTROLLED, OR
ACQUIRED, DIRECTLY OR INDIRECTLY, BY OPTIMA
CBD INVESTMENTS LLC AND/OR CBD 500 LLC, et al.,

       Defendant.

_____/

UNITED STATES OF AMERICA,

       Plaintiff,

    v.                                                 1:20-cv-25313-MGC

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE,
CLEVELAND, OHIO, et al.

       Defendant.

_____/

## MOTION FOR CLARIFICATION

The United States hereby requests that the Court clarify its Order Consolidating Cases,

20-23278 ECF 48 (the "Consolidation Order"). Specifically, the Consolidation Order states

that "all previous orders" in case numbers 1:20-cv-23279 and 1:20-cv-25313, other than the restraining order entered in 1:20-cv-23279, are "vacated."

This Court had previously entered an order in case number 1:20-cv-25313, ECF 24, allowing the sale of the Defendant Asset, 55 Public Square, Cleveland, Ohio, pursuant to a private contract executed before the commencement of the civil forfeiture action (the "Sale Order"). The Sale Order also provided that the net proceeds of the sale would be held by the United States in escrow pending the outcome of the action, and would constitute the substitute *res*. Per that order, the sale was consummated on February 11, 2021, and the net proceeds were deposited with the US Marshals Service.

To dispel any uncertainty, the United States respectfully requests that the Court clarify the Consolidation Order to indicate that the Sale Order remains in force and is not vacated, and that the net proceeds constitute the substitute *res* of this action.

Pursuant to Local Rule 7.1(a)(3), the government has conferred with counsel for the various claimants. Claimants Mordechai Korf, Uriel Laber, Optima 7171 LLC, Optima Ventures LLC, Vadim Shulman, Hornbeam Corporation, and Bracha Foundation do not oppose the relief sought by this motion. However, claimant Law Offices of Cleveland, Inc. opposes the clarification the government seeks.

Respectfully submitted,

Dated: March 19, 2021        DEBORAH CONNOR, CHIEF
MONEY LAUNDERING & ASSET
   RECOVERY SECTION

By:    /s/ *Shai D. Bronshtein*
      Shai D. Bronshtein (ID No. A5502665)
      Rachel E. Goldstein
      Trial Attorneys
      Criminal Division
      United States Department of Justice
      1400 New York Avenue NW
      Washington, DC 20005
      Telephone: (202) 616-5950
      Shai.Bronshtein@usdoj.gov

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*/s/  Adrienne E. Rosen*
Adrienne E. Rosen (ID No. A5502297)
Marx P. Calderón
Assistant United States Attorney
US Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9338
Adrienne.Rosen@usdoj.gov

3