UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.            1:20-cv-23278-MGC

REAL PROPERTY LOCATED AT 7505 AND 7171
FOREST LANE, DALLAS, TEXAS 75230 et al.,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

v.            1:20-cv-23279-MGC

ALL RIGHT TO AND INTEREST IN PNC CORPORATE
PLAZA HOLDINGS LLC HELD, CONTROLLED, OR
ACQUIRED, DIRECTLY OR INDIRECTLY, BY OPTIMA
CBD INVESTMENTS LLC AND/OR CBD 500 LLC, et al.,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

v.            1:20-cv-25313-MGC

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE,
CLEVELAND, OHIO, et al.

    Defendant.
_____/

## [PROPOSED] ORDER CLARFYING RECORD

THIS MATTER is before the Court on the United States' Motion for Clarification regarding this Court's Order Consolidating Cases, 1:20-cv-23278, ECF 48 (the "Consolidation Order"). Specifically, the United States notes that the Consolidation Order

appears to vacate this Court's earlier order at 1:20-cv-25313, ECF 24, which allowed the interlocutory sale of the Defendant Asset in that action, 55 Public Square, Cleveland, Ohio, and substituted the net proceeds of the sale as the *res* (the "Sale Order"). The Court has considered the Motion and finds that the Consolidation Order may be read to vacate the Sale Order, but that such a reading is inconsistent with the Court's aim in consolidating these matters. Any vacatur of the Sale Order was inadvertent and does not affect the sale of the Defendant Asset, which has already occurred, or the substitution of the net proceeds of the sale as the *res* in this action.

Accordingly, based on the foregoing, and for good cause shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that:

a. The Sale Order, 1:20-cv-25313, ECF 24, is not vacated, and remains in full force and effect.

b. Paragraph 2 of the Consolidation Order, 1:20-cv-23278, ECF 48, is modified for clarity to read as follows:

Higher-numbered actions **1:20-cv-23279-MGC** and **1:20-cv-25313-MGC** are *administratively* **CLOSED**. All previous orders, deadlines, and case schedules filed in those cases are **VACATED**, except (1) the Ex Parte Restraining Order (ECF No. 5) in 1:20-cv-23279-MGC; and (2) the Order Allowing Interlocutory Sale (ECF. No. 24) in 1:20-cv-25313-MGC. The Court will rule on the Claimants' Joint Motion to Vacate Ex Parte Restraining Order (ECF No. 22) by separate Order.

**DONE AND ORDERED** in Miami, Florida, this ___ day of March, 2021.

_____
HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE