**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CASE NO: 1:20-CV-23278** |
| ) | |
| **PLAINTIFF** ) | **(Formerly Case No: 1:20-CV-25313)** |
| ) | |
| **VS.** ) | **JUDGE MARCIA G. COOKE** |
| ) | |
| **REAL PROPERTY LOCATED AT 55** ) | |
| **PUBLIC SQUARE, CLEVELAND,** ) | |
| **OHIO, WITH ALL** ) | **RESPONSE TO MOTION TO** |
| **APPURTENANCES,** ) | **CLARIFY** |
| **IMPROVEMENTS, AND** ) | |
| **ATTACHMENTS THEREON, AND** ) | |
| **ANY RIGHT TO COLLECT AND** ) | |
| **RECEIVE ANY PROFIT, RENT,** ) | |
| **INCOME, AND PROCEEDS** ) | |
| **THEREFROM** ) | |
| ) | |
| **DEFENDANT.** ) | |

Claimant, Law Offices of Cleveland, Inc, (hereinafter "LOC"), hereby offers this short response to the Plaintiff's Motion to Clarify filed on March 19, 2021. *See* case number 1:20-CV-23278 [DE 65]. On February 24, 2021, the Court ordered for the consolidation of case number 1:20-CV-25313 with lower case numbered 1:20-CV-23278. *See* case number 1:20-CV-25313 [DE 29]. Additionally, the Order [DE 29] vacated all previous orders, which would presumably include the order of sale of the real property at issue in this case. If the sale order was vacated inadvertently, then LOC has no objection to a correction of the record.

Notwithstanding any correction to the record, LOC maintains that it does not consent to the sale of the real property at issue in this matter, and that the original order did not comply with Rule

1

G(7)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Thus, Claimant is preserving this issue for appeal and is requesting that any consent to a correction of the record not be interpreted as a consent to the interlocutory order granting the sale of real property at issue in this matter.

Claimant has no further response if the order to vacate the sale was done for reasons other than as discussed above.

Respectfully submitted,

*/s/ Jonathan D. Carvajal*
Jonathan Carvajal, Esq.
GREGORY E. GUDIN P.A.
10180 Sweet Bay Court
Parkland, FL 33076
(786) 348-9267
ggudin@gudinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

By: */s/ Jonathan D. Carvajal*
Jonathan Carvajal, Esq.
GREGORY E. GUDIN P.A.
10180 Sweet Bay Court
Parkland, FL 33076
(305) 796-5103
jd@manraraandassociates.com
ggudin@gudinlaw.com