# EXHIBIT 1

Threshold Question
Motion to Stay
(18 U.S.C. § 981(g)(1))
Arbitration of Treaty-related Claims
Court may consider motions regarding restraining orders
Grant, actions are stayed
Deny, actions proceed pursuant to Rule G
Step 1: Special Interrogatories
Claimants must respond to special interrogatories or move to stay
(Rule G(6)(a)-(c))
Step 2: Motions to Strike/Action Stayed
Government does not move to strike or court denies motion
Government moves to strike claims based on respones
(Rule G(8)(c)(i)(B))
Government moves to strike claims for lack of response
(Rule G(8)(c)(i)(A))
Claimants move to stay
(18 U.S.C. § 981(g)(2))
Step 3: Additional Briefing
Government can be required to respond to motions to compel arbitration/dismiss
(Rule G(6)(c))
Step 4: Consideration of Motions to Compel Arbitration/Dismiss
Consideration of motions to compel arbitration/dismiss
(Rule G((8)(c)(ii)(A))
Actions proceed to discovery
Actions are dismissed or stayed

