UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              1:20-cv-23278-MGC

REAL PROPERTY LOCATED AT 7505 AND 7171
FOREST LANE, DALLAS, TEXAS 75230 et al.,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              1:20-cv-23279-MGC

ALL RIGHT TO AND INTEREST IN PNC
CORPORATE PLAZA HOLDINGS LLC,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              1:20-cv-25313-MGC

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE,
CLEVELAND, OHIO,

    Defendant.
_____/

**UNITED STATES' RESPONSE TO CLAIMANTS' REQUEST FOR HEARING**

       The Court should disregard Claimants' belated request for hearing, filed months after briefing was completed, because it is effectively a sur-reply that rehashes Claimants' arguments. *Cf.* DE:81 at 7 and DE:83 at 3 (discussing identical provisions of Delaware Law). Where it is novel, it introduces irrelevant information, such as the status of litigation between Claimants and PrivatBank in Delaware Chancery Court, which has no bearing on Claimants'

1

standing in this action.  *See* DE:83 at n.3.  The request also does not comply with Local Rule 7.1(b)(2), which requires that it be made as part of a motion or opposition.

And, in any event, a hearing on the United States' motion to strike Claimants is not necessary.  The papers speak for themselves, and the law is well settled: "a shareholder has no standing to contest the forfeiture of an asset of a corporation." *United States v. 479 Tamarind Drive*, No. 98-Civ.-2279, 2011 WL 1045095, at *2 (S.D.N.Y. Mar. 11, 2011).  "[E]ven a sole shareholder [ ] lacks standing to contest the forfeiture of a corporation's assets." *United States v. All Assets Held in Acct. No. XXXXXXXX in name of Doraville Properties Corp.*, 299 F. Supp. 3d 121, 140 (D.D.C. 2018) (collecting cases).  *See* DE:79 at 7.

Nevertheless, if the Court holds a hearing, the United States respectfully requests that it be scheduled after October 1, given the upcoming holidays and counsel's planned travel.

                                                  Respectfully submitted,

Dated: September 8, 2021         DEBORAH CONNOR, CHIEF
MONEY LAUNDERING & ASSET
RECOVERY SECTION

By:  /s/ *Shai D. Bronshtein*
Shai D. Bronshtein (ID No. A5502665)
Rachel E. Goldstein
Trial Attorneys
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 616-5950
Shai.Bronshtein@usdoj.gov

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

/s/ *Adrienne E. Rosen*
Adrienne E. Rosen (ID No. A5502297)
Marx P. Calderón (ID No. A5502700)
United States Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9338
Adrienne.Rosen@usdoj.gov

*Attorneys for Plaintiff United States of America*