UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                                              1:20-cv-23278-MGC

REAL PROPERTY LOCATED AT 7505 AND 7171
FOREST LANE, DALLAS, TEXAS 75230 et al.,

        Defendant.

_____/

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                                              1:20-cv-23279-MGC

ALL RIGHT TO AND INTEREST IN PNC CORPORATE
PLAZA HOLDINGS LLC HELD, CONTROLLED, OR
ACQUIRED, DIRECTLY OR INDIRECTLY, BY OPTIMA
CBD INVESTMENTS LLC AND/OR CBD 500 LLC, et al.,

        Defendant.

_____/

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                                              1:20-cv-25313-MGC

REAL PROPERTY LOCATED AT 55 PUBLIC SQUARE,
CLEVELAND, OHIO, et al.

        Defendant.

_____/

**JOINT STATUS UPDATE**

    The United States, along with claimants Mordechai Korf, Uriel Laber, Optima
Ventures LLC, Optima 7171 LLC and Optima 55 Public Square LLC (collectively, "the
Optima Claimants"); Vadim M. Shulman, Hornbeam Corporation, and Bracha Foundation

(collectively, "the Shulman Claimants"); and Law Offices of Cleveland (with the Optima Claimants and the Shulman Claimants, Claimants), hereby file this joint status update:

1.      The above-captioned *in rem* civil forfeiture actions (the "Actions") seek the forfeiture of real property located at 7505 and 7171 Forest Lane, Dallas, Texas (20-23278, the "Texas Action"); all interest in PNC Corporate Plaza Holdings (20-23279, "PNC Plaza"); and real property located at 55 Public Square, Cleveland, Ohio (20-25313, the "Ohio Action") (collectively, the "Defendant Assets"). Claimants have filed claims to the Defendant Assets.

2.      The United States previously moved to stay the Actions pursuant to 18 U.S.C. § 981(g)(1), because it contends that the continuation of the proceedings will adversely affect an ongoing criminal investigation. *See* 20-23278 ECF 46. The Optima Claimants opposed that motion. None of the other Claimants responded to the motion.

3.      The Optima Claimants moved to compel arbitration in the Texas Action and the Ohio Action and, among other things, requested that those actions be stayed. *See* 20-23278 ECF 36, 37; 20-25313 ECF 26, 27. Again, none of the other Claimants responded to the motions.

4.      At a hearing on May 10, the United States and the Optima Claimants agreed that the Texas Action and Ohio Action should be stayed, and so, in its omnibus order of May 13, 2021, the Court stayed those actions.[1] DE:75 at ¶ 1. The Court ordered that the United States and Claimants jointly provide an update in 120 days. *Id*.

5.      The parties continue to agree that a stay is appropriate, because it preserves judicial resources, and for the reasons previously set forth in their motions. As to the Texas Action, the parties anticipate that, per the *ex parte* restraining order (DE:6) and as discussed at the hearing on May 10, the United States will soon file a motion for the Court to approve an interlocutory sale of the defendant property.

---

[1] The Court allowed the PNC Plaza Action to proceed for the time being, and denied the United States' Motion to Stay as to that action. DE:75 at ¶ 2.

Respectfully submitted,

**DEBORAH CONNOR, CHIEF**
**MONEY LAUNDERING & ASSET**
**RECOVERY SECTION**

*/s/ Shai D. Bronshtein*
Shai D. Bronshtein (ID No. A5502665)
Rachel E. Goldstein
Trial Attorneys
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 616-5950
Shai.Bronshtein@usdoj.gov


**JUAN ANTONIO GONZALEZ**
**ACTING UNITED STATES**
**ATTORNEY**

Adrienne E. Rosen (ID No. A5502297)
Marx P. Calderón (ID No. A5502700)
Assistant United States Attorney
US Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9338
Adrienne.Rosen@usdoj.gov

*Attorneys for Plaintiff United States of America*

**BLACK SREBNICK**
201 South Biscayne Blvd., Suite 1300
Miami, FL 33131
Tel: (305) 371-6421

*/s/ Howard Srebnick*
Howard Srebnick
Florida Bar No. 919063
Robert T. Dunlap
Florida Bar No. 11950
HSrebnick@RoyBlack.com
RDunlap@RoyBlack.com

*Attorneys for Claimants Korf and the*
*Corporate Entities*

**Scott A. Srebnick, P.A.**
201 South Biscayne Boulevard
Suite 1210
Miami, FL 33131
Telephone: (305) 285-9019
Facsimile: (305) 377-9937
Scott@srebnicklaw.com

*Attorney for Claimant Laber*

**Kasowitz Benson Torres LLP**
1633 Broadway
New York, New York 10019
(212) 506-1700
Marc E. Kasowitz
Mark P. Ressler
Ronald R. Rossi
Sarmad M. Khojasteh
Joshua Paul
Pro Hac Vice Anticipated
MKasowitz@kasowitz.com
MRessler@kasowitz.com
RRossi@kasowitz.com
SKhojasteh@kasowitz.com
JPaul@kasowitz.com

*Attorneys for Claimants Korf and the*
*Corporate Entities*

Velvel (Devin) Freedman, Esq.
Colleen Smeryage, Esq.
**ROCHE FREEDMAN LLP**
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
vel@rcfllp.com
csmeryage@rcfllp.com
nbermond@rcfllp.com

*Attorneys for Claimants Korf, Laber and CBD
500 LLC*

**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789

*s/Thomas Allison*
Tucker H. Byrd
Florida Bar No. 381632
Thomas C. Allison
Florida Bar No. 35242
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email:
TByrd@ByrdCampbell.com
Primary Email:
TAllision@ByrdCampbell.com
Secondary Email:
CKittel@ByrdCampbell.com

*Attorneys for Shulman Claimants*

**MANRARA & ASSOCIATES, P.A.**
790 E. Broward Blvd., #1802
Ft. Lauderdale, FL 33301

*/s/ Jonathan D. Carvajal*
Jonathan D. Carvajal, Esq.
Telephone: (305) 796-5103
Primary: jd@manraraandassociates.com
Secondary:
service@manraraandassociates.com

*Attorney for Claimant Law Offices of Cleveland*