UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-23278

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THE PROMISSORY NOTE WITH A PRINCIPAL
AMOUNT OF $5.7 MILLION EXECUTED ON
DECEMBER 19, 2019 BY 8787 RICCHI LLC
PAYABLE TO 87STE LENDING LLC, THE
RELATED DEED OF TRUST SECURING THE
NOTE RECORDED ON DECEMBER 23, 2019, AS
WELL AS ANY MODIFICATIONS THERETO, ANY
OTHER INDEBTEDNESS SECURED BY THE SAME
DEED OF TRUST, AND ALL RIGHTS AND
REMEDIES AVAILABLE UNDER BOTH THE
NOTE AND DEED OF TRUST,

       Defendant,
_____/

## NOTICE OF STRIKING

Pursuant to the Clerk's Notice, ECF#96, notice is hereby given of striking Docket Entry 94.

          Respectfully submitted,

          BLACK SREBNICK, P.A.
          201 South Biscayne Blvd., Suite 1300
          Miami, FL 33131
          Tel: (305) 371-6421

By:   */s/ Robert T. Dunlap*
       Howard M. Srebnick
       Florida Bar No. 919063
       Robert T. Dunlap
       Florida Bar No. 11950
       HSrebnick@RoyBlack.com
       RDunlap@RoyBlack.com

       *Attorneys for Claimant Korf and the Entity Claimants*