UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23278-GAYLES/GOODMAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ALL RIGHT TO AND INTEREST IN PNC CORPORATE PLAZA HOLDINGS LLC HELD, CONTROLLED, OR ACQUIRED, DIRECTLY OR INDIRECTLY, BY OPTIMA CBD INVESTMENTS LLC AND/OR CBD 500 LLC, INCLUDING ANY INTEREST HELD IN OR SECURED BY THE REAL PROPERTY AND APPURTENANCES LOCATED AT 500 WEST JEFFERSON STREET, LOUISVILLE, KY 40202, et al.**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendations (the "Report"), [ECF No. 164], regarding Claimants' Motion to Dismiss the Verified Complaint (the "Motion"), [ECF No. 78]. On May 25, 2022, the Court referred the Motion to Judge Goodman for a ruling, pursuant to 28 U.S.C. § 636(b)(1)(B). [ECF No. 132]. Following a hearing, Judge Goodman issued his Report on September 28, 2022, recommending that the Court grant in part and deny in part the Motion. Objections and responses were timely filed. [ECF Nos. 167, 168, 178, 179].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review if those objections "pinpoint the specific findings

that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Goodman's well-reasoned analysis and conclusions that abstention is not warranted here, the Complaint was timely filed, the Government did not properly name the *in rem* defendant, and the Government should be granted leave to amend its Complaint.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Goodman's Report and Recommendations, [ECF No. 164], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Claimants' Motion to Dismiss the Verified Complaint, [ECF No. 78], is **GRANTED in part and DENIED in part**. The Complaint is dismissed without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of December, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE