UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-23278 GAYLES/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY $9,105,221.62 IN FUNDS (PLUS
INTEREST) CURRENTLY HELD BY THE UNITED
STATES MARSHALS SERVICE REPRESENTING 95%
OF THE NET PROCEEDS FROM THE SALE OF THE
REAL PROPERTY LOCATED AT 500 WEST
JEFFERSON STREET, LOUISVILLE, KY 40202
KNOWN AS PNC PLAZA,

    Defendants.
_____/

## POST-HEARING ADMINISTRATIVE ORDER

On May 2, 2024, the Undersigned held an in-person hearing on Claimants' Motion to Dismiss with Prejudice. [ECF Nos. 221; 231]. At the hearing, the Undersigned **ordered** as follows:

By July 1, 2024, the parties shall each file a proposed report and recommendations on CM/ECF related to Claimants' Motion to Dismiss [ECF No. 221]. These proposed reports and recommendations must be drafted in a way that if the Undersigned were so inclined, he could simply attach his signature on the final page and upload it.

The filings must focus on the following: (1) the three grounds Claimants asserted

in their PowerPoint presentation, with an emphasis on the first reason; (2) the distinction between the applicable standards for prevailing at trial as opposed to the standard necessary to state a claim as a matter of sufficiency of the pleadings; and (3) distinguishing (or mentioning) which cited cases found within the parties' filings predate the Civil Asset Forfeiture Reform Act of 2000 ("CAFRA") and which do not.

The memoranda shall not exceed thirty double-spaced pages with size-14 font, excluding signature block and certificate of service.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on May 2, 2024.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Darrin P. Gayles
All Counsel of Record