UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23278-GAYLES/GOODMAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**APPROXIMATELY $9,105,221.62 IN FUNDS (PLUS INTEREST) CURRENTLY HELD BY THE UNITED STATES MARSHALS SERVICE REPRESENTING 95% OF THE NET PROCEEDS FROM THE SALE OF THE REAL PROPERTY LOCATED AT 500 WEST JEFFERSON STREET, LOUISVILLE, KY 40202 KNOWN AS PNC PLAZA**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendations (the "Report"), [ECF No. 241], regarding Claimants' Motion to Dismiss the First Amended Complaint with Prejudice (the "Motion"), [ECF No. 221]. On December 14, 2023, the Court referred the Motion to Judge Goodman for a ruling, pursuant to 28 U.S.C. § 636(b)(1)(B). [ECF No. 219]. Following a hearing [ECF No. 232], Judge Goodman issued his Report on July 26, 2024, recommending that the Court deny the Motion [ECF No. 241]. Objections and responses were timely filed. [ECF Nos. 245, 250].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see*

*also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Goodman's well-reasoned analysis and conclusions that (1) this action is not time-barred; (2) the Court has jurisdiction over this case; and (3) the PNC Plaza constitutes property involved in a money laundering offense with a substantial connection to the funds at issue in this case. The Court will therefore deny the Claimants' Motion to Dismiss.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Goodman's Report and Recommendations, [ECF No. 241], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Claimants' Motion to Dismiss the First Amended Complaint with Prejudice, [ECF No. 221], is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of December, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE